IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| T. MARZETTI COMPANY, | : | |
| Plaintiff, | : | |
| | : | Case No. 2:09-CV-584 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| ROSKAM BAKING COMPANY, | : | Magistrate Judge Abel |
| Defendant. | : | |

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Wednesday, September 23, 2009,** beginning at **10:30 a.m.** The Court will initiate the phone conference, Trial Counsel for the respective parties are to be available by telephone.

During the Telephone Status Conference, the Court will address all issues necessary for a speedy and just resolution of the pending action. This Order supersedes any prior orders setting a status conference. The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                                        s/Algenon L. Marbley
                                                 UNITED STATES DISTRICT COURT

DATE: September 22, 2009