IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| T. MARZETTI COMPANY, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | Case No. 2:09-CV-584 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| ROSKAM BAKING COMPANY, | : | Magistrate Judge King |
| Defendant. | : | |

### ORDER

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Dkt. 13). On September 23, 2009, this Court held a status conference with the parties in this case. The parties have decided to consolidate trial with a hearing on the Motion for Preliminary Injunction. This court will hold Plaintiff's motion in abeyance. Defendant reserves the right to reply to the Motion during the pendency of the proceedings.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:** September 25, 2009