# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| **T. MARZETTI COMPANY** ) | Case No.: 2:09-cv-584 |
| ) | Judge Marbley |
| Plaintiff, ) | Magistrate Judge King |
| ) | |
| v. ) | |
| ) | **AGREEMENT TO BE BOUND BY** |
| **ROSKAM BAKING COMPANY** ) | **PROTECTIVE ORDER** |
| ) | |
| Defendant. ) | |

I, _____, hereby acknowledge that I received a copy of the Protective Order in this action. I read and understood the Protective Order and agree to be bound by its provisions. I agree not to copy or use any CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY information that may be provided to me for any purpose other than in connection with my retention in connection with this action, and I agree not to reveal any such information to any person not authorized by this Protective Order.

I further acknowledge and understand that a violation of this Protective Order may subject me to penalties of the Court, and I hereby submit to the jurisdiction of the United States District Court for the Southern District of Ohio, in connection with any proceedings concerning enforcement of this Protective Order.

Dated: _____     _____